MCGUIREWOODS LLP
PATRICIA L. VICTORY SBN #240114
(pvictory@mcguirewoods.com)
1800 Century Park East, 8th Floor
Los Angeles, CA 90067
Telephone: 310.315.8200
Facsimile: 310.315.8210

Attorneys for Plaintiff and Counter Defendant,
Horizon Logistics, LLC

*MADE JS-6*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| Horizon Logistics, LLC,<br><br>               Plaintiffs,<br>vs.<br><br>Pandun, Inc.,<br><br>               Defendants. | Case No. CV 12-414 GW(MRWx)<br><br>**ORDER ON JOINT STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE** |
|---|---|
| Pandun, Inc.,<br><br>               Counter Claimant,<br>vs.<br><br>Horizon Logistics, LLC,<br><br>               Counter Defendant. | Action Filed:    January 17, 2012<br>Trial Date:       January 15, 2013 |

43464976.1

[PROPOSED] ORDER ON JOINT STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE

Plaintiff and Counter Defendant Horizon Logistics, LLC ("Horizon") and Defendant and Counter Claimant Pandun, Inc. ("Pandun") have presented to the Court a stipulation to dismiss this entire action with prejudice, in which they have represented that they have reached a complete resolution of Horizon's claims and Pandun's counter claims for relief in this action, memorialized in a confidential settlement agreement and release.

Based upon the foregoing, IT IS HEREBY ORDERED that the above-captioned action is hereby dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).  Each party shall bear its own costs and attorneys' fees, except as otherwise may be allocated in the parties' confidential settlement agreement.  The terms of the parties' confidential settlement agreement are hereby incorporated by reference into this order and this Court shall retain jurisdiction with respect to the confidential settlement agreement and for entry of judgment pursuant to the parties' Stipulation for Entry of Judgment should that become necessary.

IT IS SO ORDERED.

DATE:  November 26, 2012

_____
HON. GEORGE WU
UNITED STATES DISTRICT JUDGE

CERTIFICATE OF SERVICE

I, Patricia L. Victory, certify that on November 19, 2012, the foregoing document entitled **[PROPOSED] ORDER ON JOINT STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE** was filed electronically in the Court's ECF; thereby upon completion the ECF system automatically generated a "Notice of Electronic Filing" ("NEF") as service through CM/ECF to registered e-mail addresses of parties of record in the case.

/s/ Patricia L. Victory

43464976.1

3

[PROPOSED] ORDER ON JOINT STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE