**CLOSED**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Horizon Logistics, LLC,<br><br>                  Plaintiffs,<br>vs.<br><br>Pandun, Inc.,<br><br>                  Defendants.<br><br>Pandun, Inc.,<br><br>                  Counter Claimant,<br>vs.<br><br>Horizon Logistics, LLC,<br><br>                  Counter Defendant. | Case No. CV 12-414-GW(MRWx)<br><br>**FINAL JUDGMENT AGAINST PANDUN, INC.** |

52720718.1

[PROPOSED] FINAL JUDGMENT

WHEREAS the Motion for Entry of Final Judgment Against Pandun, Inc. was heard by the Court in Chambers; after considering the Motion, and all arguments and evidence submitted in connection therewith, the Court hereby GRANTS the Motion for Entry of Judgment Against Pandun, Inc.

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:

1. Defendant and Counter-Claimant Pandun, Inc. shall pay Horizon Logistics, LLC a total of $400,537.31, which represents $386,223.26, plus prejudgment interest of $11,110.05 (prejudgment interest of 10% per annum from the date of default, October 1, 2013 through January 13, 2014[1]), plus $3,204.00 for attorney's fees and costs incurred in preparing the Motion; and

2. Defendant and Counter-Claimant Pandun, Inc. shall recover nothing from Plaintiff and Counter-Defendant Horizon Logistics, LLC.

Dated: January 17, 2014

*[signature]*

HONORABLE GEORGE H. WU
United States District Judge

---

[1] Prejudgment interest was calculated by using a daily factor of $105.81 (which is $38,622.32 in annual interest divided by 365 days). For the period of October 1, 2013 through January 13, 2014, the total interest due is $11,110.05.

CERTIFICATE OF SERVICE

I, Molly M. White, certify that on January 14, 2014, the foregoing document entitled **[PROPOSED] FINAL JUDGMENT AGAINST PANDUN, INC.** was lodged electronically in the Court's ECF; thereby upon completion the ECF system automatically generated a "Notice of Electronic Filing" ("NEF") as service through CM/ECF to registered e-mail addresses of parties of record in the case.

　　　　　　　　　　　　　　　　　　　　　/s/ Molly M. White